PER CURIAM.
Affirmed. See Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Pleas v. State, 41 So.3d 980 (Fla. 1st DCA 2010); Lykins v. State, 894 So.2d 302 (Fla. 3d DCA 2005); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001); Thomas v. State, 778 So.2d 429 (Fla. 5th DCA 2001); Bloodworth v. State, 504 So.2d 495 (Fla. 1st DCA 1987).
NORTHCUTT, WALLACE, and CRENSHAW, JJ., Concur.